**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES** | | **CRIMINAL ACTION** |
| **v.** | | |
| **YATHONIC HERRERA** | | **NO.  23-96** |

## O R D E R

      **AND NOW**, this 18th day of September, 2023, upon consideration of Defendant's Motion to Suppress (ECF No. 39), the responses thereto (ECF Nos. 44, 50), the suppression hearing held before the Court on August 9, 2023, and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED** that Defendant's Motion is **DENIED**.

      **BY THE COURT:**

      **/s/ Hon. Kelley B. Hodge**

      **_____**

        **HODGE, KELLEY B., J.**